UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION**

JOHN MEISTER,                                              Case No. 1:09-cv-709

    Plaintiff,                                         Honorable Robert J. Jonker

v.

COUNTY OF KENT;
ROBERT DECKER, Individually,
RICHARD BROWN, Individually, and
JOHN CHURCHILL, Individually,

    Defendants.
_____/

| | |
|---|---|
| Stephen R. Drew (P24323) | Paul J. Greenwald (P25368) |
| Adam C. Sturdivant (P72285) | Peter A. Smit (P27886) |
| DREW, COOPER & ANDING | Timothy E. Eagle (38183) |
| Attorneys for Plaintiff | VARNUM, RIDDERING, SCHMIDT & HOWLETT |
| 125 Ottawa Avenue NW, Suite 300 | Attorneys for Defendants |
| Grand Rapids, Michigan 49503 | County of Kent, Decker and Churchill |
| (616) 454-8300 | 333 Bridge Street NW |
| | Grand Rapids, Michigan 49504 |
| | (616) 336-6000 |

Michael S. Bogren (P34835)
PLUNKETT COONEY
Attorneys for Defendant Brown
950 Trade Centre Way, Suite 310
Kalamazoo, Michigan 49002
(269) 226-8822
_____/

**STIPULATION AND ORDER OF DISMISSAL**

The parties, by and through their respective attorneys, do hereby stipulate and agree that the above-captioned case be DISMISSED with prejudice and without costs, interest or attorney fees to any party.

Dated: April 15, 2010　　　By:　/s/ Stephen R. Drew
　　　　　　　　　　　　　　　　Stephen R. Drew (P24323)
　　　　　　　　　　　　　　　　Adam C. Sturdivant (P72285)
　　　　　　　　　　　　　　　　DREW, COOPER & ANDING
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　125 Ottawa Avenue NW, Suite 300
　　　　　　　　　　　　　　　　Grand Rapids, Michigan  49503
　　　　　　　　　　　　　　　　Phone:  (616) 454-8300
　　　　　　　　　　　　　　　　E-mail:  sdrew@dcadvocate.com

Dated: April 15, 2010　　　By:　/s/ Peter A. Smit  (w/ permission)
　　　　　　　　　　　　　　　　Paul J. Greenwald (P25368)
　　　　　　　　　　　　　　　　Peter A. Smit (P27886)
　　　　　　　　　　　　　　　　Timothy E. Eagle (38183)
　　　　　　　　　　　　　　　　VARNUM, RIDDERING, SCHMIDT & HOWLETT
　　　　　　　　　　　　　　　　Attorneys for Defendants County of Kent,
　　　　　　　　　　　　　　　　Decker and Churchill
　　　　　　　　　　　　　　　　333 Bridge Street NW
　　　　　　　　　　　　　　　　Grand Rapids, Michigan  49504
　　　　　　　　　　　　　　　　Phone: (616) 336-6000
　　　　　　　　　　　　　　　　E-mail: pasmit@varnumlaw.com

Dated: April 15, 2010　　　By:　/s/ Michael S. Bogren  (w/ permission)
　　　　　　　　　　　　　　　　Michael S. Bogren (P34835)
　　　　　　　　　　　　　　　　PLUNKETT COONEY
　　　　　　　　　　　　　　　　Attorneys for Defendant Richard Brown
　　　　　　　　　　　　　　　　950 Trade Centre Way, Suite 310
　　　　　　　　　　　　　　　　Kalamazoo, Michigan  49002
　　　　　　　　　　　　　　　　Phone: (269) 226-8822
　　　　　　　　　　　　　　　　E-mail: mbogren@plunkettcooney.com

- 3 -

## **ORDER**

At a session of the Federal District Court for the
Western District of Michigan, Southern Division,
on this _____ day of _____, 2010.

    PRESENT:   HONORABLE ROBERT J. JONKER
                         United States District Judge

The Court having acknowledged the stipulation of the parties and being fully apprised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned case be DISMISSED with prejudice and without costs, interest or attorney fees to any party**.**

                                                  _____
                                                  Honorable Robert J. Jonker
                                                  United States District Judge